THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILBUR JACKSON, Defendant-Appellant.

(No. 60013;

First District (3rd Division)—January 9, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Gail Moreland and Ronald P. Alwin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and G. Severe Cole, Assistant State's Attorneys, of counsel), for the People.